IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TIMOTHY BROWN,** | : | CIVIL ACTION NO. 1:24-CV-816 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **PENNSYLVANIA PAROLE BOARD**, *et al.*, | : | |
| Respondents | : | |

# ORDER

AND NOW, this 27th day of September, 2024, upon consideration of the petition (Doc. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition (Doc. 1) for writ of habeas corpus is DISMISSED with prejudice as untimely.

2. A certificate of appealability will not issue because jurists of reason would not debate the correctness of this procedural ruling. Slack v. McDaniel, 529 U.S. 473, 484 (2000).

3. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania